UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§
§

### ORDER REGARDING AUSTIN DIVISION DOCKET

It is hereby **ORDERED** that the cases attached at Appendix A are to be **TRANSFERRED** from the undersigned's docket to the docket of Senior United States District Judge David Ezra. This transfer is made with the consent of Judge Ezra.

It is further **ORDERED** that any initial pretrial conferences set in the cases attached at Appendix A are **CANCELLED**.

It is further **ORDERED** that the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**SIGNED** this 13th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| 1-24-cv-00266 | YMC Royalty v. WPX Energy Permian, LLC |
| 1-24-cv-01475 | BankUnited, National Association v. Landmark & Landmark Group, LLC et al |
| 1-25-cv-00868 | Fortney v. Llano County, Texas et al |
| 1-24-cv-00695 | Russell et al v. New Punch Bowl Austin Domain, LLC., et al |
| 1-25-cv-00871 | Reyna v. Texas Department of State Health Services |
| 1-24-cv-00660 | Fleming v. Ulta Salon, Cosmetics & Fragrance, Inc. et al |
| 1-25-cv-00243 | The Gray Casualty & Surety v. Legion Development, LLC et al |
| 1-24-cv-001512 | Wylie v. Big Thirst, Inc. et al |