IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY REYNA, | § | No. 1:25-CV-871-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SERVICES, | § | |
| | § | |
| Defendant. | § | |

_____

ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) DENYING
PLAINTIFF'S MOTIONS; (3) DISMISSING PLAINTIFF'S CLAIMS WITH
PREJUDICE

Before the Court is the Report and Recommendation (the "Report") (Dkt. # 30) submitted by United States Magistrate Judge Dustin M. Howell. The Court finds these matters suitable for disposition without a hearing. After reviewing the Report, the Court **ADOPTS** Judge Howell's recommendations and **DISMISSES WITH PREJUDICE** Plaintiff's causes of action pursuant to 28 U.S.C. § 1915(e)(2)(B). Accordingly, Plaintiff's pending motions (Dkts. ## 3, 5, 6, 7, 11, 12, 13, 14, 16, 17, 21, 22, 23, 24, 25, 32, 38) are **DENIED AS MOOT**.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely

1

objected to the report and recommendation, the Court reviews the report and recommendation *de novo*.  Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. # 30), is **ADOPTED**.  **IT IS ORDERED** that Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).  **IT IS FURTHER ORDERED** that Plaintiff's remaining motions are **DENIED** as **MOOT**.  (Dkts. ## 3, 5, 6, 7, 11, 12, 13, 14, 16, 17, 21, 22, 23, 24, 25, 32, 38).  The Clerk's Office is **INSTRUCTED** to **ENTER JUDGMENT** and **CLOSE THE CASE.**

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, February 10, 2026.

_____
David A. Ezra
Senior United States District Judge

2